IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civ. No. 11-1148 |
| *Plaintiff*, | : | |
| | | HON. ROBERT HAYES SCOTT |
| v. | : | MAGISTRATE JUDGE |
| $35,000.00 IN UNITED STATES CURRENCY | : | |
| | : | |
| *Defendant*. | | |
| | : | |

## VERIFIED CLAIM OF INTEREST OF LONNELL KIRKMAN IN DEFENDANT PROPERTY

Pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., Lonnell Kirkman (hereinafter "claimant"), under penalty of perjury, makes this claim of interest in Defendant property.

1. The "res" or property in which claimant has interest is $35,000.00 in U.S. currency currently believed to be in the possession of the United States Department of Justice, Drug Enforcement Administration, most likely in the Albuquerque Field Office and believed to be separated into two bundles. Said property was obtained by DEA Special Agent Jarrell Perry on approximately August 12, 2011.

2. Claimant has an interest in the defendant property in that claimant was in actual and constructive possession of the two bundles of currency on August 12, 2011 and was dispossessed of actual and constructive possession of the defendant property by SA Perry.

Wherefore, claimant asserts that his interest in defendant property is superior to that of plaintiff and said property should not be forfeited to the United States.

Lonnell Kirkman hereby declares under penalty of perjury and the laws of the United States of America that the foregoing is true and correct, except as to matters stated on information and belief, and as to those matters are believed to be true.

Dated: February 22, 2012

Respectfully submitted,

LONNELL KIRKMAN, Pro Se
2305 Comstock Road
Bedford, OH 44146

## SERVICE

A copy of the foregoing was served via electronic mail on Stephen R. Kotz, Assistant United States Attorney, and on Cynthia L. Weisman, Assistant United States Attorney, at the following addresses: steve.kotz@usdoj.gov and cynthia.weisman@usdoj.gov, and was also sent via U.S. mail to Assistant United States Attorneys Stephen R. Kotz and Cynthia L. Weisman, P.O. Box 607, Albuquerque, New Mexico 87103-0607, this 22nd day of February, 2012.

LONNELL KIRKMAN, Pro Se

February 22, 2012

Clerk of Court
United States District Court
For the District of New Mexico
333 Lomas Blvd N.W.,
Albuquerque, New Mexico 87102

      RE:    United States of America v. $35,000.00 in United States Currency;
               Case No. Civ 11-1148; Honorable Robert Hayes Scott Magistrate Judge

Dear Clerk of Court:

    In regard to the above-captioned case enclosed for filing please find the original and one (1) copy of the *Verified Claim of Interest of Lonnell Kirkman in Defendant Property*.

    Please return a time stamped copy in the enclosed self-addressed stamped envelope.

    Your assistance is appreciated. Thank you.

                                                                      Respectfully Submitted,

                                                                      Lonnell Kirkman, Pro Se
                                                                      2305 Comstock Road
                                                                      Bedford, Ohio 44146

Lionel Kirkman
2205 Comstock Rd
Bedford, Ohio
44146

Clerk of Court
United States District Court
For the District of New Mexico
333 Lomas Blvd N.W.,
Albuquerque, New Mexico 87102

RECEIVED
At Albuquerque NM
FEB 27 2012
MATTHEW J. DYKMAN
CLERK